05/12/2010  08:33    9195752025                    FORENSICPSY                              PAGE 02/02



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*

Butner, North Carolina 27509

☐   *Federal Medical Center*
*P.O. Box 1500*
■   *Federal Correctional Institution*
*P. O. Box 1000*
☐   *Low Security Correctional Institution*
*P.O. Box 999*
☐   *Federal Correctional Institution II*
*P.O. Box 1600*

May 7, 2010

**FILED**
**ASHEVILLE, N.C.**

**MAY 1 3 2010**

**U.S. DISTRICT COURT**
**W. DIST. OF N.C.**

The Honorable Dennis L. Howell
United States District Court
Western District of North Carolina
325 U. S. Courthouse Building
100 Otis Street
Asheville, NC 28801

RE:   HOPPER, Daniel Scott
       REGISTER NUMBER: 24654-058
       DOCKET NUMBER: 1:10 cr 03

Dear Judge Howell:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on April 29, 2010, pursuant to the provisions of Title 18, United States Code, Sections 4241, 4242 and 4247.

Currently, the evaluator is conducting interviews and psychological testing with Mr. Hopper, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for thirty days. If this request is granted, the evaluation period will end on July 12, 2010. Staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to T. Taylor, Health Systems Specialist, at (919) 575-2015, and to C. Gregory, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-5000.

Respectfully,

*[signature]*
Tracy W. Johns
Warden

☒     The above requested extension of time is hereby granted

☐     The above requested extension of time is not hereby granted

Signature: *[signature]*                 DATE: May 12, 2010
U.S. Magistrate Judge Dennis L. Howell